IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNEST PORTER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 17-763 |
| | ) | Chief Magistrate Judge Maureen P. Kelly |
| v. | ) | |
| | ) | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, JOHN E. WETZEL, ROBERT GILMORE, and JOHN/JANE DOES, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

On July 5, 2017, Plaintiff filed a complaint against JOHN/JANE DOES. IT IS HEREBY ORDERED this 10th day of August, 2017, that Plaintiff file a supplement of additional information no later than August 31, 2017, setting forth specific information from which the identity of JOHN/JANE DOES can be ascertained. The supplement of additional information should include physical descriptions, dates, shifts, nicknames and any additional information Plaintiff may have. Failure to provide this information to the fullest extent possible may result in the dismissal of JOHN/JANE DOES.

BY THE COURT:

s/ Maureen P. Kelly
MAUREEN P. KELLY
CHIEF UNITED STATES MAGISTRATE JUDGE