UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-3505
_____

ERNEST PORTER,
          Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS; JOHN E. WETZEL,
Secretary for Department of Corrections; ROBERT GILMORE; Super. for SCI Greene
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civ. Action No. 2-17-cv-000763)
Magistrate Judge: Hon. Maureen P. Kelly
_____

Argued October 22, 2019
_____

Before: GREENAWAY, JR., PORTER and COWEN, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came to be considered on the record of the United States District Court for the Western District of Pennsylvania and was submitted on October 22, 2019. On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court entered on November 8, 2018 is AFFIRMED IN PART and REVERSED AND REMANDED IN PART. No costs shall be taxed. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 1, 2020