IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNEST PORTER, | No. 2:17-cv-00763-MPK |
| Plaintiff, | |
| vs. | Magistrate Judge Kelly |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS; JOHN E. WETZEL, Secretary for Department of Corrections, and ROBERT GILMORE, Superintendent for SCI Greene, | |
| | *Electronically Filed.* |
| Defendants. | |

## STIPULATION FOR DISMISSAL

Now come the parties, and hereby stipulate that all matters in controversy in this action have been amicably compromised and resolved and that this action may be dismissed with prejudice.

Respectfully submitted,

BY:  /s/ Bret Grote, Esq.            /s/ Scott A. Bradley, Esq.
     Bret Grote, Esq.                Scott Ab Bradley, Esq.
     Abolitionist Law Center         Senior Deputy Attorney General
     Counsel for Plaintiff           Pennsylvania Office of Attorney General
                                     Counsel for Defendants

# CERTIFICATE OF SERVICE

I certify that, on this day, I caused a true and correct copy of the foregoing Stipulation for Dismissal has been served on all counsel of record via the Court's ECF system.

Dated: August 27, 2021          */s/ Bret Grote*
                                                    Bret Grote
                                                    PA I.D. No. 317273
                                                    Abolitionist Law Center
                                                    P.O. Box 8654
                                                    Pittsburgh, PA 15221

Dated:      08/27/2021

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNEST PORTER, | No. 2:17-cv-00763-MPK |
| Plaintiff, | |
| vs. | Magistrate Judge Kelly |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS; JOHN E. WETZEL, Secretary for Department of Corrections, and ROBERT GILMORE, Superintendent for SCI Greene, | |
| | *Electronically Filed.* |
| Defendants. | |

## ORDER

AND NOW, this _____ Day of _____, 20_____, upon consideration of the parties' STIPULATION FOR DISMISSAL, the Court accepts the parties' Stipulation, and this case is DISMISSED with prejudice. The Clerk may mark the docket closed.

_____, J.